**APPENDIX**
**Spanish Language Version of Ecuador Constitution and Statutes**

1.  **Article 190 of the Ecuador Constitution:** Se reconoce el arbitraje, la mediación y otros procedimientos alternativos para la solución de conflictos. Estos procedimientos se aplicarán con sujeción a la ley, en materias en las que por su naturaleza se pueda transigir. En la contratación pública procederá el arbitraje en derecho, previo pronunciamiento favorable de la Procuraduría General del Estado, conforme a las condiciones establecidas en la ley.

2.  **Ecuador's Arbitration and Mediation Statute (*Ley de Arbitraje y Mediacion*), Article 42:** Para que las diferentes entidades que conforman el sector público puedan someterse al arbitraje internacional se requerirá la autorización expresa de la máxima autoridad de la institución respectiva, previo el informe favorable del Procurador General del Estado, salvo que el arbitraje estuviere previsto en instrumentos internacionales vigentes.

3.  **Article 11 of Ecuador's Statute Governing the Office of the Attorney General (*Ley Orgánica de la Procuraduría General del Estado*):** Los organismos y entidades del sector público podrán someterse a procedimientos de arbitraje de derecho y a la mediación nacional o internacional, de acuerdo a lo establecido en la Ley de Arbitraje y Mediación, o en instrumentos internacionales que los faculte, previa la suscripción del respectivo convenio.

    Surgida la controversia, los organismos y entidades del sector público pueden someterse a arbitraje de derecho o mediación, de conformidad con las leyes pertinentes. Para someterse al arbitraje internacional requerirán además la autorización de la Procuraduría General del Estado.

4.  **Ecuador Civil Code, Article 9:** Los actos que prohíbe la ley son nulos y de ningún valor; salvo en cuanto designe expresamente otro efecto que el de nulidad para el caso de contravención.

5.  **Ecuador Civil Code, Article 10:** En ningún caso puede el juez declarar válido un acto que la ley ordena que sea nulo.

6.  **Ecuador Civil Code, Article 13:** La ley obliga a todos los habitantes de la República, con inclusión de los extranjeros; y su ignorancia no excusa a persona alguna.

7.  **Ecuador Civil Code, Article 1478:** Hay objeto ilícito en todo lo que contraviene al Derecho Público Ecuatoriano.

8.  **Organic Law of the National Public Procurement System, Article 78**: Nulidad del contrato.- Los contratos regidos por esta Ley serán nulos en los siguientes casos: 1. Por las causas generales establecidas en la Ley; 2. Por haberse prescindido de los procedimientos y las solemnidades legalmente establecidas; y, 3. Por haber sido adjudicados o celebrados por un órgano manifiestamente incompetente.

1

2

9.  **Article 4(25) states of FLOPEC's bylaws (*Reglamento de Directorio de la Empresa Pública Flota Petrolera Ecuatoriana EP FLOPEC*)**:    Art. 4.- Atribuciones del Directorio.- De conformidad con las disposiciones que se contienen en la Ley Orgánica de Empresas Públicas y en el Decreto Ejecutivo No. 822, son atribuciones del Directorio, las siguientes: 25. Aprobar alianzas estratégicas previa presentación de los informes de sustentación correspondientes por parte del Gerente General. Cuando se trate de otro tipo de modalidades asociativas, el Directorio autorizará el inicio del proceso precontractual, previa presentación por parte del Gerente General de los informes técnicos, financieros, legales, de análisis de riesgos y ambientales, de ser el caso.