# Exhibit B



October 1st, 2024

Frederic Petrilli von Buchwald
General Manager, Empresa Pùlblica Flota Petrolera Ecuatoriana, EP FLOPEC

Dear Mr. Petrilli:

We are proud of Amazonas' performance that together with FLOPEC generated over $380 million of earnings to FLOPEC during the past 4 years and record earnings to FLOPEC of $160 million in 2023.  During these years we have consistently urged FLOPEC to increase its participation in the fleet by time chartering additional ships which would have further materially enhanced its earnings. Unfortunately, past FLOPEC boards of directors chose not to do that and terminated FLOPEC'S participation in the fleet.  Given these developments, it is our sincere wish to complete the FLOPEC - AMAZONAS business as constructively and expeditiously as possible.

We have appreciated the constructive communications that FLOPEC and Amazonas have been able to have since our meetings in mid July. We also appreciate our collaborations, subsequent to FLOPECs early withdrawal of the Pichincha and Zaruma from the Amazonas Fleet.

Since we discussed the concept of mutual general releases in mid July, we have become aware of factors which prevent the Ecuadorean government from entering into a fair balanced mutual general release. To be clear, by balanced we mean a release in which Ecuador waives all claims against us just as FLOPEC is asking us to do with respect to our very substantial claims against it. We now clearly understand that despite a release from FLOPEC other branches of the Ecuadorean government would still be free to bring claims against Amazonas including the spurious claim that Amazonas withheld $88 million from FLOPEC as has been suggested by the Controller in a public interview in late July. As FLOPEC knows those expenses relate to ship fuel costs and port charges incurred in the normal course of business.  Both the Controller's office and FLOPEC have been provided complete detailed documentation of these expenses. This forces us to ask the question:  During the past twelve months why didn't your predecessors at FLOPEC go on record and clarify the true facts as FLOPEC's contractual obligations required it to do.  We strongly request that FLOPEC publicly make a definitive statement  to the Controller and other relevant branches of your government that no funds have been withheld from FLOPEC and that these were legitimate operating expenses that were incurred and paid.

That said, in the spirit of Amazonas' long mutually beneficial relationship with FLOPEC, and our appreciation for your highly professional dealings during the past two months, we do not expect to take action against FLOPEC for its breaches unless FLOPEC fails to make payments due in accordance with charter party terms or the Ecuadorean government directly or indirectly acts against our interests first.

Sincerely,

William Sudhaus
Owner
Amazonas Holdings LLC

CC:
Octaviano Antonio Goncalves Savinovich, Minister of Energy and Mines
antonio.goncalves@energiayminas.gob.ec

Ab. Roberto Barriga