# Exhibit D

7 -DIC - 2018                         ①

(oct/18)

TO:      EP FLOPEC
ATTN:    MS. PILAR FERRI

TO:      DRAGUN USA LLP
ATTN:    MR. CASEY DALCHER

REF:     EP FLOPEC & DRAGUN AGREEMENT RECAP

WE ARE PLEASED TO CONFIRM THE FOLLOWING WITH ALL SUBJECTS LIFTED AS FOLLOWS:

**VESSEL:**

MT SEA FALCON O/O
MT ZARUMA O/O
MT PICHINCHA O/O
UPTO TWO VESSELS

FOR THE AVOIDANCE OF DOUBT, THE ORDER OF DELIVERY OF THE VESSELS CAN BE IN THE ORDER OF THE OWNERS CHOOSING.

**VESSEL DESCRIPTION:**

AS PER VESSELS Q88

**OWNER'S SIGNATORY:**

EP FLOPEC

**CHARTERER'S SIGNATORY:**

DRAGUN USA LLLP

**VESSEL SPEED & CONSUMPTIONS:**

PER VESSEL DESCRIPTION

**LAYCAN:**

NOVEMBER 30, 2018 – JANUARY 31, 2019 CHARTERERS OPTION TO DELIVER SECOND VESSEL ONCE IN POSITION ACCORDING TO VESSEL TRADING AND DELIVERY AREA
IF FOR ANY REASON THE SECOND VESSEL IS OUT OF THE DELIVERY AREA, THE PARTIES MAY MUTUALLY AGREE A NEW DELIVERY LAYCAN OR DIFFERENT RANGE

**DELIVERY AREA:**

DLOSP 1 SP ESMERALDAS, ECUADOR – PANAMA RANGE OR WCSA (INCLUDING CHILE)-USWC RANGE

**DELIVERY NOTICES:**

Dirección: Av. del Pacífico Nº 001 y Puerto Rico, edificio EP FLOPEC • Código Postal: 08108 / Esmeraldas - Ecuador
• Teléfono: 593-6 299-9900 / 593-6 299-7600

OWNERS TO PROVIDE 30/20/15/10 DAYS APPROXIMATE NOTICE OF DELIVERY AND 7/5/3/2/1 DAYS DEFINITE NOTICE OF DELIVERY UNLESS OTHERWISE MUTUALLY AGREED

**RE-DELIVERY AREA:**

DLOSP 1 SP ESMERALDAS, ECUADOR – PANAMA RANGE OR WCSA (INCLUDING CHILE)-USWC RANGE

**RE-DELIVERY NOTICES:**
CHARTERERS TO PROVIDE 30/20/15/10 DAYS APPROXIMATE NOTICE OF RE-DELIVERY AND 7/5/3/2/1 DAYS DEFINITE NOTICE OF RE-DELIVERY

**CHARTER PERIOD:**

FIRM PERIOD: 150 DAYS AFTER DELIVERY OF THE FIRST VESSEL, WHICH SHALL BE REFERRED TO AS THE "TRIAL PERIOD". THEN EVERGREEN WITH EITHER PARTY ABLE TO CANCEL WITH 45 DAYS NOTICE

**CHARTER RATE STRUCTURE:**

FIRST VESSEL TO DELIVER

MINIMUM HIRE RATE: 14,000 PER DAY WITH BANDED PROFIT SHARE
14,001 – 30,000: 85% TO EP FLOPEC / 15% TO DRAGUN
30,001 – 35,000: 70% TO EP FLOPEC / 30% TO DRAGUN
35,001 AND ABOVE: 50% TO EP FLOPEC / 50% TO DRAGUN

PROFIT SHARE (FROM 14,000 – 35,000 OR ABOVE) TO BE BASED ON EARNING BASED ON 1.00 POOL POINT VESSEL EARNING IN THE MJOLNER AFRAMAX POOL.

PROFIT SHARE AND MINIMUM HIRE RATE SHALL BE CALCULATED OVER THE DURATION OF THE TIME THE VESSEL IS ON HIRE.

ANY HIRE PAYMENTS THAT ARE MADE DURING THE DURATION OF THE CHARTER THAT EXCEED THE FINAL PROFIT SHARE CALCULATION SHALL BE ELIBILE FOR OFFSET. CHARTERER SHALL KEEP OWNERS INFORMED ABOUT VARIATIONS, AND EVERY 6 MONTHS PARTIES WILL REVIEW AND SETTLE THIS DIFFERENCES. FINAL SETTLEMENT SHALL BE CALCULATED AT THE END OF THE CHARTER.

FOR THE AVOIDANCE OF DOUBT, HIRE INCLUDES (MIN RATE + PROFIT SHARE)

SECOND VESSEL 2

FULLY FLOATING RATE, WITH NO FLOOR, PROFIT SHARE OR CEILING. EARNING BASED ON 1.00 POOL POINT VESSEL EARNING IN THE MJOLNER AFRAMAX POOL.

**HIRE PAYMENTS:**

FIRST MONTH'S HIRE & BUNKERS UPON DELIVERY. THEREAFTER HIRE PAID ON THE LAST DAY OF EACH MONTH OF SERVICE




FLOTA PETROLERA ECUATORIANA
EMPRESA PÚBLICA

Dirección: Av. del Pacífico N° 001 y Puerto Rico, edificio EP FLOPEC ● Código Postal: 08108 / Esmeraldas - Ecuador ● Teléfono: 593-6 299-9900 / 593-6 299-7600



## PART II: ENTRY OF VESSELS IN THE MJØLNER AFRAMAX POOL & COMMERCIAL COOPERATION

CHARTERER WILL CONTRIBUTE WITH TWO VESSELS THAT IT TAKES FROM EP FLOPEC ON TIME CHARTER AND ENTER THEM IN TO THE MJØLNER AFRAMAX POOL

A MJØLNER AFFILIATE WILL NOMINATE 2 AFRAMAXES TO TRADE WITHIN THE STRUCTURE FOR THE DURATION OF THE ENTRY OF EP FLOPEC'S VESSEL IN TO THE MJOLNER POOL. THE VESSELS SHALL BE NOMINATED, ON THE SAME DATE OF DELIVERY OF THE FIRST VESSEL OF EP FLOPEC.

MJØLNER WILL MAKE REASONABLE COMMERCIAL EFFORTS TO DEPLOY THE FLEET OF AFRAMAXES IN MULTIPLE MARKETS TARGETING SPECIFIC VESSELS TO TRADE IN REGIONS THAT IT BELIEVES WILL PROVIDE THE HIGHEST EARNING CAPACITY FOR THE FLEET. GEOGRAPHIC TRADING SHALL MEAN THE FOLLOWING:

- PACIFIC COAST OF THE AMERICAS INCLUDING HAWAII
- UK CONT/ BALTIC/
- MED – RED SEA
- USG/USAC/USG/CARIBBEAN
- AG - INDONESIA
- SINGAGPORE – JAPAN
- AUSTRALIA / OCEANIA
- EAST COAST SOUTH AMERICA – BRAZIL
- WEST AFRICA

MJØLNER WILL SHARE MARKET INFORMATION, PROPRIETARY ANALYSIS AND INFORMATION SYSTEMS WITH EP FLOPEC ON A PRIVATE AND CONFIDENTIAL BASIS. MJØLNER WILL ALSO FURNISH ACCESS TO AN ELECTRONIC PORTAL THAT PROVIDES EP FLOPEC WITH DETAILS OF ALL FLEET THE VESSELS' EARNINGS, CHARTERS, VOYAGE AND CASHFLOWS. THE INFORMATION SHALL BE UPDATED REGULARLY AND ACCESSIBLE 24 HOURS A DAY. EP FLOPEC SHALL TREAT ALL INFORMATION AS PRIVATE AND CONFIDENTIAL, AND SHARE WITH NO INFORMATION WITH A THIRD PARTY UNLESS EXPRESSLY AGREED IN WRITING BY MJØLNER

MJØLNER & EP FLOPEC SHALL WORK CO-OPERATIVELY TO ENABLE EP FLOPEC TO CHARTER THE STRUCTURE VESSELS (4 VESSELS – FLOPEC CONTRIBUTION AND 2 MJOLNER NOMINATED) FROM MJØLNER AFRAMAX POOL VESSELS OUT TO COVER PCI BARRELS LOADING ECUADOR, CONSIDERING THE AGREEMENT AND FRAMEWORK CONDITION, ON A CASE BY CASE BASIS

FOR ADDITIONAL CARGOS (PCI AND NON-PCI BBLS), EP FLOPEC MAY HAVE THE OPTION TO REQUEST AND WORK COOPERATIVELY TO ENABLE EP FLOPEC TO CHARTER MJOLNER AFRAMAX POOL VESSEL OUT ON A CASE BY CASE BASIS WITHOUT OBLIGATION TO ANY PARTY.

## COMMISSION:

1.25% COMMISSION TO EP FLOPEC OF THE GROSS HIRE, GROSS FREIGHT, DEADFREIGHT AND DEMURRAGE RELATING TO VESSELS FIXED BY WAY OF TIME OR VOYAGE CHARTER BY EP FLOPEC.

MJØLNER & EP FLOPEC SENIOR MANAGEMENT WOULD ENVISION TO MEET ON A QUARTERLY BASIS TO DISCUSS BEST PRACTICIES, COMMERCIAL STRATEGY, AND OPPORTUNITIES.

END RECAP




EMPRESA PÚBLICA
FLOTA PETROLERA ECUATORIANA

**COMMISSION:**

2.5 % TOTAL DEDUCTED AT SOURCE

1.25% ADDRESS COMMISION TO CHARTER ON HIRE

1.25% BROKER COMMISSION TO MCQUILLING PERU ON HIRE TO BE INVOICED TO CHARTERERS

**CHARTER PARTY TERMS:**

SHELLTIME IV WITH AGREED AMENDMENTS

OWNERS TO REVIEW THE POOL RULES AND REVERT WITH COMMENTS TO NEGOTIATE AT LEAST 30 DAYS BEFORE THE EXPIRATION OF THE FIRM PERIOD, FEBRUARY 28, 2019