# Exhibit E

**EP FLOPEC & DRAGUN AGREEMENT**
**DATED 10 MARCH 2020**
**ADDENDUM NUMBER THREE**

Referring to the Agreement dated **DECEMBER 7th, 2018** between **EP FLOPEC** being Owners (hereinafter called "Owner") and **DRAGUN USA LLP** (hereinafter called "Charterer")

**IT IS HEREBY MUTUALLY UNDERSTOOD AND AGREED BETWEEN OWNERS AND CHARTERERS THAT:**

**GOING FORWARD, THE "STRUCTURE" SHALL BE CALLED "AMAZONAS TANKER POOL"**

**1) VESSEL shall be amended to:**
MT ZARUMA O/O
MT ALYARMOUK O/O
MT PICHINCHA O/O
AT LEAST FOUR VESSELS

**2) CHARTERER'S SIGNATORY shall be amended to:**
DRAGUN USA LLLP OR MJOLNER AFRAMAX POOL CO LLC TO BE MUTUALLY AGREED FOR EACH VESSEL

**3) LAYCAN shall be amended to:**
FOR VESSELS NOT ALREADY DELIVERED INTO THE AMAZONAS TANKER POOL STRUCUTRE, LAYCAN TO BE AMENDED TO 12 MARCH TO 31 DECEMBER 2020; IF FLOPEC CONTRIBUTES MORE THAN FOUR VESSELS LAYCAN TO BE DISCUSSED ON CASE-BY-CASE BASIS.

**4) DELIVERY AREA shall be amended to:**
ADD "OR USAC, USG OR CARIBS IN CHOPT"
MJOLNER AND EP FLOPEC TO COOPERATE TOGETHER TO POSITION MT ZARUMA AND MT PICHINCHA TO THE DELIVERY AREA AFTER DRY DOCK

**5)CHARTER RATE STRUCTURE shall be amended to:**
BELOW TO APPLY FOR MT PICHINCHA AFTER COMPLETION OF DRY DOCK
MINIMUM HIRE RATE: 20,000 PER DAY WITH BANDED PROFIT SHARE
20,001 – 30,000: 90% TO EP FLOPEC / 10% TO DRAGUN
30,001 – 35,000: 75% TO EP FLOPEC / 25% TO DRAGUN
35,001 AND ABOVE: 50% TO EP FLOPEC / 50% TO DRAGUN



"SECOND VESSEL 2" TO BE AMENDED TO "ALL ADDITIONAL VESSELS". REMAINDER SHALL READ "FULL FLOATING, WITH NO FLOOR, PROFIT SHARE, OR CEILING."

**6) HIRE PAYMENTS shall be amended to:**
ADDITIONAL VESSELS SHALL BE PAID AS PER MJOLNER AFRAMAX POOL CO LLC'S DISTRIBUTION SCHEDULE.

**7) PARAGRAPH ONE OF "PART II…" shall be amended to:**
VESSELS IN AMAZONAS TANKER POOL WILL BE ENTERED INTO THE MJOLNER AFRAMAX POOL. THE INTENTION IS FOR AT LEAST EIGHT VESSELS TO BE INCLUDED IN AMAZONAS TANKER POOL, WITH FLOPEC CONTRIBUTING UP TO 50%.

**8) PARAGRAPH TWO OF "PART II…" shall be amended to:**
A MJOLNER AFFILIATE WILL NOMINATE AT LEAST TWO AFRAMAXES TO TRADE WITHIN AMAZONAS TANKER POOL FOR THE DURATION OF THE ENTRY OF EP FLOPEC'S VESSELS INTO THE MJOLNER AFRAMAX POOL.

**9) PARAGRAPH FIVE OF "PART II…" shall be amended to:**
MJOLNER AND EP FLOPEC SHALL WORK COOPERATIVELY TO ENABLE EP FLOPEC TO CHARTER THE AMAZONAS TANKER POOL VESSELS FROM MJOLNER AFRAMAX POOL CO LLC TO COVER PCI AND ALL OTHER SHIPPERS/CHARTERERS CARGOES LOADING IN ECUADOR. EP FLOPEC CONTRIBUTIONS TO THE AMAZONAS TANKER POOL STRUCTURE SHALL BE GIVEN PRIORITY OVER ALL OTHER VESSELS FOR ANY ECUADORIAN CARGO.


END ADDENDUM


MR. JAIME CONDOY BLACIO
CEO, EP FLOPEC

MR. CASEY DALCHER
VP, DRAGUN USA LLLP