# Exhibit J

**PROCURADURÍA GENERAL DEL ESTADO**
ECUADOR

**P G E**

**Oficio N°** 02522

Quito DM, **30 ENE 2019**

EMPRESA PUBLICA FLOTA
PETROLERA ECUATORIANA
cFlopec **RECIBIDO**
Fecha: 31 | 01 | 2019          10:39
KP.

Ingeniero
Fernando Larrea Ron
**GERENTE GENERAL**
**FLOTA PETROLERA ECUATORIANA EP FLOPEC**
En su despacho. -

Señor Gerente General:

Por el presente, doy respuesta a su Oficio N°EPFLOPEC-GGR-449-2018 de 3 de diciembre de 2018, ingresado a esta Procuraduria con N° 01549-2018-AD-IS al día siguiente, mediante el cual solicita: "(...) *emitir la respectiva autorización para pactar con Ley Inglesa y sometimiento arbitral de la ciudad de Londres con la compañía MJOLNER AFRAMAX POOL CO LLC domiciliada en Majuro, Marshall Island.*".

1. **ANTECEDENTES:**

   1.1. La EMPRESA PÚBLICA FLOTA PETROLERA ECUATORIANA -EP FLOPEC- es una persona jurídica de derecho público, creada mediante Decreto Ejecutivo No. 218, publicado en el Registro Oficial N° 122 de 3 de febrero de 2010.

   1.2. La empresa MJOLNER AFRAMAX POOL CO LLC, es una corporación domiciliada en Majuro, Marshall Island.

   1.3. La EMPRESA PÚBLICA FLOTA PETROLERA ECUATORIANA -EP FLOPEC- suscribirá, un contrato de fletamento para contratar al buque tanque SEA FALCON en la modalidad "A TIEMPO" con la compañía MJOLNER AFRAMAX POOL CO LLC, para lo cual remite su versión en inglés.

   1.4. Las partes escogieron la jurisdicción de Inglaterra y el procedimiento arbitral en la ciudad de Londres, de acuerdo a la cláusula "ARBITRATION CLAUSE" que se transcribe a continuación, misma que sustituirá en su integridad al texto de la cláusula "41. Law and Litigation" del formato internacional "SHELLTIME4" reemitido para el análisis:

PROCURADURÍA GENERAL DEL ESTADO
ECUADOR



EMCIPLO EP
01549-2018
Página. 2

Cláusula en inglés:

**"ARBITRATION CLAUSE**

*This contract shall be governed by and construed in accordance whith English Law and dispute arising out of or in connection with this contract shall be referred to arbitration in London in accordance with the Arbitration Act 1996 or any statutory modification or reenactment thereof save to extent necessary to give effect to the provisions of this Clause.*

*The arbitration shall be conducted in accordance with the London Maritime Arbitrators Association (LMAA) terms current at the time of Time Charter Party date.*

*The arbitration shall be in accordance with English Law and shall be heard and determined by a sole arbitrator. A party wishing to refer a dispute to arbitration shall send its notice of appoinment of the sole arbitrator providing the names of a minimun of 3 arbitrators to enable the other party to confirm its agreement to one of the aforesaid arbitrators as the sole arbitrator within 28 calendar days of that notice. If the other party does not confirm its agreement to one of the three arbitrators as the sole arbitrator within the 28 days specifield, at request of any of the parties, the London Maritime Arbitrators Association (LMAA) shall appoint the sole arbitrator who shall be a full member of the association, provided that such member shall be other than those arbitrators included by the party wishing to refer a dispute to arbitration in its notice of appointment of the sole arbitrator.*

*The award shall be final and binding.*

*The sole arbitrator shall decide the parties dispute in accordance with the laws or rules of the law chosen by the parties as applicable to the merits of treir dispute.*

*The parties shall pay, by equal parts, the fee of the sole arbitrator. Both parties shall also pay, by equal parts the administrative charges incurred in the arbitration. Nevertheless, the sole arbitrator in its own criteria condemn the losing parties to pay the fees, cost and redeem the charges that the arbitration proceeding could demand, as considered convenient."*

Traducción no oficial al español:

**"CLAUSULA DE ARBITRAJE**

*Este contrato se regirá e interpretará de conformidad con la legislación inglesa. Cualquier disputa que surja de o en relación con este contrato, se remitirá a un arbitraje en Londres de conformidad con la Ley de Arbitraje de 1996 o cualquier modificación legal o reconstrucción del*

Av. Amazonas N39-123 y Arízaga, Edif. Amazonas Plaza • Quito, Ecuador • PBX: (593 2) - 294 1300
www.pge.gob.ec

PROCURADURÍA GENERAL DEL ESTADO
ECUADOR



02522

EMCIPLO EP
01549-2018
Página. 3

*mismo, salvo en la medida necesaria para dar vigencia a las disposiciones de esta Cláusula.*

*El arbitraje se llevará a cabo de acuerdo con los términos de la Asociación de Árbitros Marítimos de Londres (LMAA, por sus siglas en inglés) vigentes en la fecha del contrato de fletamento "Time Charter Party".*

*El arbitraje se realizará de acuerdo con la ley inglesa y será escuchado y determinado por un árbitro único. Una parte que desee someter una disputa a arbitraje deberá enviar su notificación de nombramiento del árbitro único y proporcionar los nombres de al menos 3 árbitros para permitir que la otra parte confirme que está de acuerdo con uno de los árbitros mencionados como el árbitro único, dentro de los 28 días calendario de dicho aviso. Si la otra parte no confirma su acuerdo con uno de los tres árbitros como el árbitro único dentro de los 28 días especificados, a solicitud de cualquiera de las partes, la Asociación de Árbitros Marítimos de Londres (LMAA) nombrará al árbitro único que será miembro de pleno derecho de la asociación, siempre que dicho miembro sea uno de los árbitros incluidos por la parte que desee remitir una disputa a arbitraje en su aviso de nombramiento de árbitro único.*

*El laudo será definitivo y vinculante.*

*El árbitro único decidirá las disputas de las partes de acuerdo con las leyes o reglas de la ley elegida por las partes como aplicable a los méritos de su disputa.*

*Las partes pagarán, en partes iguales, los honorarios del árbitro único. Ambas partes también pagarán, en partes iguales, los costos administrativos incurridos en el arbitraje. Sin embargo, el árbitro único bajo su propio criterio podrá condenar a la parte perdedora a pagar los honorarios, costas y restituir los costos que el procedimiento de arbitraje podría exigir, según se considere conveniente."*

## 2. BASE CONSTITUCIONAL, LEGAL Y NORMATIVA QUE SIRVE DE FUNDAMENTO PARA EL ANÁLISIS DE LA SOLICITUD:

2.1. Los artículos 190 –inciso primero-, 225, 237, 313 y 315 de la Constitución de la República del Ecuador preceptúan:

*"Art. 190.- Se reconoce el arbitraje, la mediación y otros procedimientos alternativos para la solución de conflictos. Estos procedimientos se aplicarán con sujeción a la ley, en materias en las que por su naturaleza se pueda transigir (...)"*

*"Art. 225.- El sector público comprende:*

PROCURADURÍA GENERAL DEL ESTADO
ECUADOR



EMCIPLO EP
01549-2018
*Página. 4*

*3. Los organismos y entidades creados por la Constitución o la ley para el ejercicio de la potestad estatal, para la prestación de servicios públicos o para desarrollar actividades económicas asumidas por el Estado."*

*"Art. 237.- Corresponderá a la Procuradora o Procurador General del Estado, además de las otras funciones que determine la ley:*

*(...) 4. Controlar con sujeción a la ley los actos y contratos que suscriban los organismos y entidades del sector público."*

*"Art. 313.- El Estado se reserva el derecho de administrar, regular, controlar y gestionar los sectores estratégicos, de conformidad con los principios de sostenibilidad ambiental, precaución, prevención y eficiencia (...).*

*Se consideran sectores estratégicos la energía en todas sus formas, las telecomunicaciones, los recursos naturales no renovables, el transporte y la refinación de hidrocarburos, la biodiversidad y el patrimonio genético, el espectro radioeléctrico, el agua, y los demás que determine la ley."*

*"Art. 315.- El Estado constituirá empresas públicas para la gestión de sectores estratégicos, la prestación de servicios públicos, el aprovechamiento sustentable de recursos naturales o de bienes públicos y el desarrollo de otras actividades económicas.*

*Las empresas públicas estarán bajo la regulación y el control específico de los organismos pertinentes, de acuerdo con la ley; funcionarán como sociedades de derecho público, con personalidad jurídica, autonomía financiera, económica, administrativa y de gestión, con altos parámetros de calidad y criterios empresariales, económicos, sociales y ambientales. (...)".*

2.2. El artículo 4, inciso primero, de la Ley Orgánica de Empresas Públicas ordenan:

*"Art. 4.- Las empresas públicas son entidades que pertenecen al Estado en los términos que establece la Constitución de la República, personas jurídicas de derecho público, con patrimonio propio, dotadas de autonomía presupuestaria, financiera, económica, administrativa y de gestión. Estarán destinadas a la gestión de sectores estratégicos, la prestación de servicios públicos, el aprovechamiento sustentable de recursos naturales o de bienes públicos y en general al desarrollo de actividades económicas que corresponden al Estado. (...)".*

2.3. El Decreto Ejecutivo No. 1117 de 26 de marzo de 2012, publicado en el Registro Oficial No. 681 el día 12 de abril del mismo año, reformado mediante el Decreto Ejecutivo No. 38 de 01 de julio de 2013, publicado en el Registro Oficial No. 44 el día 25 del mismo mes y año, dispone en sus artículos 1 y 2 lo siguiente:

PROCURADURÍA GENERAL DEL ESTADO
ECUADOR



02522

EMCIPLO EP
01549-2018
Página. 5

"Art. 1.- Crear la Empresa Pública Flota Petrolera Ecuatoriana -EP FLOPEC-, con domicilio en la ciudad de Esmeraldas, provincia de Esmeraldas, pudiendo establecer subsidiarias, filiales, agencias y/o unidades de negocio, dentro o fuera del país.

Art. 2.- El objeto social de la Empresa Pública Flota Petrolera Ecuatoriana -EP FLOPEC- comprende: La transportación de hidrocarburos por vía marítima desde y hacia los puertos nacionales y extranjeros; prestación de servicios de transporte comercial, marítimo y fluvial de hidrocarburos y sus derivados; y demás actividades relacionadas.

Para el cumplimiento de su objeto la Empresa Pública Flota Petrolera Ecuatoriana -EP FLOPEC-, podrá celebrar todos los actos y contratos civiles, mercantiles, laborales y de cualquier otra naturaleza que sean permitidos por las leyes ecuatorianas y que directa o indirectamente se relacionen con su objeto".

**2.4.** El artículo 4 –inciso primero- y la Disposición General Quinta del Código Orgánico de Planificación y Finanzas Públicas disponen:

"Art. 4.- Ámbito. - Se someterán a este código todas las entidades, instituciones y organismos comprendidos en los artículos 225, 297 y 315 de la Constitución de la República (...)"

"QUINTA. - Autorización Previa. - Previa autorización por el Procurador General del Estado, podrá aceptarse otra jurisdicción y legislación para la solución de divergencias o controversias relativas a contratos celebrados por el Estado y las entidades y organismos del sector público con gobiernos, entidades públicas o privadas extranjeras."

**2.5.** El artículo 11 de la Ley Orgánica de la Procuraduría General del Estado dispone:

"Art. 11.- Del arbitraje y la mediación.- Los organismos y entidades del sector público podrán someterse a procedimientos de arbitraje de derecho y a la mediación nacional o internacional, de acuerdo a lo establecido en la Ley de Arbitraje y Mediación, o en instrumentos internacionales que los faculte, previa la suscripción del respectivo convenio.(...)"

**2.6.** Los artículos 4, 41 y 42 de la Ley de Arbitraje y Mediación mandan:

"Art. 4.- Podrán someterse al arbitraje regulado en esta Ley las personas naturales o jurídicas que tengan capacidad para transigir, cumpliendo con los requisitos que establece la misma.

Para que las diferentes entidades que conforman el sector público puedan someterse al arbitraje, además de cumplir con los requisitos que establece esta Ley, tendrán que cumplir los siguientes requisitos adicionales:

**PROCURADURÍA GENERAL DEL ESTADO**
ECUADOR



EMCIPLO EP
01549-2018
Página. 6

a) *Pactar un convenio arbitral, con anterioridad al surgimiento de la controversia; en caso de que se quisiera firmar el convenio una vez surgida la controversia, deberá consultarse al Procurador General del Estado, dictamen que será de obligatorio cumplimiento;*

b) *La relación jurídica a la cual se refiere el convenio deberá ser de carácter contractual;*

c) *En el convenio arbitral deberá incluirse la forma de selección de los árbitros; y,*

d) *El convenio arbitral, por medio del cual la institución del sector público renuncia a la jurisdicción ordinaria, deberá ser firmado por la persona autorizada para contratar a nombre de dicha institución.*

*El incumplimiento de los requisitos señalados acarreará la nulidad del convenio arbitral."*

*"Artículo 41.- Sin perjuicio de lo dispuesto en los tratados internacionales un arbitraje podrá ser internacional cuando las partes así lo hubieren pactado, siempre y cuando se cumplan cualquiera de los siguientes requisitos:*

a) *Que las partes al momento de la celebración del convenio arbitral, tengan sus domicilios en estados diferentes;*

b) *Cuando el lugar de cumplimiento de una parte sustancial de las obligaciones o el lugar en el cual el objeto del litigio tenga una relación más estrecha, esté situado fuera del estado en que, por lo menos una de las partes, tiene su domicilio; o,*

c) *Cuando el objeto del litigio se refiera a una operación de comercio internacional que sea susceptible de transacción y que no afecte o lesione los intereses nacionales o de la colectividad."*

*"Art. 42.- El arbitraje internacional quedará regulado por los tratados, convenciones, protocolos y demás actos de derecho internacional, suscritos y ratificados por el Ecuador.*

*Toda persona natural o jurídica, pública o privada, sin restricción alguna es libre de estipular directamente o mediante referencia a un reglamento de arbitraje todo lo concerniente al procedimiento arbitral, incluyendo la constitución, la tramitación, el idioma, la legislación aplicable, la jurisdicción y la sede del tribunal, la cual podrá estar en el Ecuador o en país extranjero.*

*Para que el Estado o las instituciones del sector público puedan someterse al arbitraje internacional se estará a lo dispuesto en la Constitución y leyes de la República.*

*Para que las diferentes entidades que conforman el sector público puedan someterse al arbitraje internacional se requerirá la autorización expresa de la máxima autoridad de la institución respectiva, previo el informe favorable del Procurador General del Estado, salvo que el arbitraje estuviere previsto en instrumentos internacionales vigentes.*



PROCURADURÍA GENERAL DEL ESTADO
ECUADOR

EMCIPLO EP
01549-2018
Página. 7

C2522

*Los laudos dictados dentro de un procedimiento de arbitraje internacional, tendrán los mismos efectos y serán ejecutados de la misma forma que los laudos dictados en un procedimiento de arbitraje nacional."*

## 3. NATURALEZA:

De conformidad con lo prescrito en los artículos 225 y 315 de la Constitución de la República, en concordancia con el artículo 4 de la Ley Orgánica de Empresas Públicas y el citado Decreto Ejecutivo No. 1117, la EMPRESA PÚBLICA FLOTA PETROLERA ECUATORIANA -EP FLOPEC- es una persona jurídica de derecho público, por lo que debe someterse a las disposiciones de orden público señaladas en el acápite precedente. En tal virtud, requiere de la autorización previa del Procurador General del Estado para pactar arbitraje internacional y someterse a legislación extranjera, para la solución de divergencias relativas a contratos que celebre con entidades públicas o privadas extranjeras.

## 4. ANÁLISIS:

De la revisión del texto acordado por las partes, en la cláusula 41 "ARBITRATION CLAUSE" se desprende lo siguiente:

- El contrato se regirá e interpretará de conformidad con la legislación inglesa.
- Cualquier disputa que surja de o en relación con este contrato se remitirá a un arbitraje en Londres de conformidad con la Ley de Arbitraje de 1996 o cualquier modificación legal o reconstrucción del mismo, salvo en la medida necesaria para dar vigencia a las disposiciones de la cláusula.
- El arbitraje se llevará a cabo de acuerdo con los términos de la Asociación de Árbitros Marítimos de Londres (LMAA, por sus siglas en inglés) vigentes en la fecha del contrato de fletamento.
- El arbitraje será resuelto un árbitro único.
- Una parte que desee someter una disputa a arbitraje deberá enviar su notificación de nombramiento del árbitro único y proporcionar los nombres de al menos 3 árbitros para permitir que la otra parte confirme que está de acuerdo con uno de los árbitros mencionados.
- La parte que recibe la notificación tendrá 28 días calendario para confirmar a uno de los tres árbitros como árbitro único.
- Si la otra parte no confirma su acuerdo con uno de los tres árbitros como el árbitro único dentro de los 28 días especificados, a solicitud de cualquiera de las partes, la Asociación de Árbitros Marítimos de Londres (LMAA) nombrará al árbitro único de entre los tres nombres remitidos.
- El laudo será definitivo y vinculante.
- El árbitro único decidirá las disputas de las partes de acuerdo con las leyes o reglas de la ley elegida por las partes como aplicable a los méritos de su disputa.
- Las partes pagarán, en partes iguales, los honorarios del árbitro único.



**PROCURADURÍA GENERAL DEL ESTADO**
ECUADOR

EMCIPLO EP
01549-2018
*Página. 8*

- Ambas partes también pagarán, en partes iguales, los costos administrativos incurridos en el arbitraje.
- Sin embargo, el árbitro único bajo su propio criterio podrá condenar a las partes perdedoras a pagar los honorarios, costas y restituir los costos que el procedimiento de arbitraje podría exigir, según se considere conveniente.

## 5.- RECOMENDACÍON:

En el párrafo cuarto de la cláusula 41 del contrato de fletamento señala que "*El laudo será definitivo y vinculante*", por lo que se recomienda que se lo cambie por el siguiente: "El laudo será definitivo y vinculante, excepto para efectos de anulación y ejecución".

El efecto jurídico de la mencionada recomendación no es un condicionamiento que impida que la EMPRESA PÚBLICA FLOTA PETROLERA ECUATORIANA - EP FLOPEC- pueda suscribir el contrato de fletamento con la compañía MJOLNER AFRAMAX POOL CO LLC, en los términos constantes en el documento adjunto a su pedido de autorización. La recomendación es el resultado de un análisis técnico que no es de cumplimiento obligatorio y es emitida en uso de la facultad asesora prevista en el artículo 237 de la Constitución de la República.

## 6.- INFORME:

De conformidad con el análisis expuesto, con fundamento en lo que dispone el artículo 190 -inciso primero- de la Constitución de la República, artículo 11 de la Ley Orgánica de la Procuraduría General del Estado, artículos 4 y 42 de la Ley de Arbitraje y Mediación, y la Disposición General Quinta del Código Orgánico de Planificación y Finanzas Públicas, se autoriza a la EMPRESA PÚBLICA FLOTA PETROLERA ECUATORIANA -EP FLOPEC- a someterse a arbitraje a legislación y jurisdicción extranjera en el contrato de fletamento para contratar al buque tanque SEA FALCON en la modalidad "A TIEMPO" con la compañía MJOLNER AFRAMAX POOL CO LLC, la compañía que comparece a la suscripción del contrato tienen su domicilio en el exterior.

Este informe se refiere única y exclusivamente al sometimiento a arbitraje a legislación y jurisdicción extranjera en caso de controversia o reclamo que surja o esté en conexión con el contrato de fletamento para contratar al buque tanque SEA FALCON en la modalidad "A TIEMPO" con la compañía MJOLNER AFRAMAX POOL CO LLC que FLOPEC EP suscribirá con la empresa mencionada, por lo tanto, las condiciones operativas, económicas y técnicas, así como el cumplimiento de los requisitos legales necesarios para la suscripción de los mismos, son de exclusiva responsabilidad de FLOPEC EP.

La Procuraduría General del Estado se reserva la facultad de verificar la redacción final de la cláusula 41 "ARBITRATION CLAUSE", objeto de este informe; para lo cual, una vez suscrito, se deberá remitir una copia del documento a esta entidad.

PROCURADURÍA GENERAL DEL ESTADO
ECUADOR

02522



EMCIPLO EP
01549-2018
Página. 9

Por último, se indica que cualquier modificación a las cláusulas objeto de este pronunciamiento o la inclusión de cualquier estipulación que pueda afectar su sentido, aplicación o alcance, deberá ser previamente autorizada por esta Procuraduría.

Atentamente,

Dr. Íñigo Salvador Crespo
**PROCURADOR GENERAL DEL ESTADO**

**English Translation Created by DeepL.com**

GENERAL STATE REGISTRY

-•CUA DU R



Official Letter No.    0 2522

Quito DM, 30 ENE 2019

EMPRESA PUBLICA FLOTA
PETROLERA ECUATORIANA
cFlopec **RECIBIDO**
Fecha: 31 | 01 | 2019      10:39

lngeniem
Weruando   eaPou
**GERENTE GENERAL**
FITAPRTROLRRAE€UATDRIARABPFLDPI
Ensudmpocho.-

General Manager:

I hereby respond to your Official Letter No. EPFLOPEC-GGR-449-NO18 dated December 3, 2018, received by this Office under No. D1549-2018-AD-Hal the following day, in which you request: "(...) issue the *respective* authorization *to comply* with Law Inqies0 and formalize the agreement between London and *the company MJOLNER AFRAMAX POOL CO LLC, domiciled in Mafuro, Marshall Islands.*"

1.    A2fTECBDRHTBS:

1.1.  ka COMPANY PUBLIC    FLEET OIL          ECUADORIAN   —IP FLOPEC is a legal entity governed by public law, created by Executive Decree No. 218, published in Official Register No. 122 on February 3, 2010.

1.2.  The company MJOLNER AFRAI AX POOL CO LLC is a corporation domiciled in Majuro, Marshall Islands.

1.3.          PUBLIC    FLOTA OIL          COMPANY      -EP FLOPEC- will sign a charter contract to hire the tanker SEA FALCON on a "TIME" basis with the company MJOLNER AFRAMAX POOL CO PLC, for which it submits its English version.

1.4.  The parties chose the jurisdiction of England and arbitration proceedings in the city of London, in accordance with the "ARBITRATION CLAUSE" transcribed below, which shall replace in its entirety the text of clause "41. Law    and Litigation" of the international format "CH EL.LTlME4" reissued for the

Av. Amazonas N39-123 y Arizaga, Edif. Amazonas Plaza  •  Quito, Ecuador  •  PBX: (593 2) - 294 1300
**www.pge.gob.ec**

**GENERAL PROSECUTOR'S OFFICE**
ECUADOR



EMCIPLO EP
01549-2018
*Pàgina. 2*

Clause in English:

# rrmriou as

This *contract shall be* governed by and construed *in* accordance with English law. Any dispute arising out of or in connection with this *contract shall be **referred to** arbitration in* London *in accordance* with the provisions of the *Arbitration* Act *1996 or any* statutory modification *or reenactment thereof* to the extent *necessary to give effect to* the *provisions* of this **Clause.**

The      *Arbitration* shall *be* conducted in accordance with *the rules of the* Chartered *Institute of Maritime Arbitrators (CIMA) current at the time of* the arbitration.

*The arbitration shall be in* accordance with English law and *shall be heard and determined by a sole* arbitrator. *A party wishing to refer a **dispute** to arbitration shall send its notice* of appointment of the sole *arbitrator providing the* names *of a* minimum of three *arbitrators* to the *other party* to confirm *its agreement to one of* the aforementioned arbitrators as the *sole arbitrator within* 8 *days of* that notice. *If the other party does not* confirm its **agreement** *to one* of *the three* arbitrators or the sole arbitrator within the *8* days *specified,* at the request of either *party,* the London Maritime *Arbitrators* Association (LMAAJ) *shall **appoint** the* sole *arbitrator* who *shall be a full member of the* association, *provided* that such *member shall be* other *than those* arbitrators *included by* the party *wishing* to *refer a dispute* to arbitration in *its* notice of appointment of *the* sole arbitrator.

*The award shall be final and binding.*

*The role* of the arbitrator *shall be to decide* the *parties' dispute in* accordance with the *laws or rules of law* chosen *by the parties as applicable to* the *merits of their dispute.*

*The parties shall pay by equal parts the fees of* the *sole arbitrator. Both* parties *shall* also *pay, by equal parts,* the *administrative charges* incurred in the arbitration. **Nevertheless,** the *arbitrator may, at his* or her *discretion*, order the losing *party* to *pay* the fees, as *well as* any other charges that the arbitration *proceedings may require, as* deemed appropriate. •

Unofficial translation into Spanish:

"*CLAUSULA DE ARBITRAJE*

contract *was* drawn up and interpreted in accordance with *English law. Any dispute arising out of or in* connection *with this contract shall be referred to* arbitration in *London in accordance* with the *Arbitration Act* 1956    7 99d    *or any legal* modification *or reconstruction of the*

PRO CURADURÍA G£¡NR, RAL DEL HSTADO
ECi UADtJ it



02522

EMCIPLO EP
01549-2018
Página. 3

same, sgIL'o *in the measured* ueces¢tH¢z *paro dor tgeftcia ¢t- /¢* s disjsosicíones *of this Clóusutm*

*BI* arbitration *shall be conducted in accordance* with the terms *of* the Charterers' *Maritime* Arbitration *Association (Ci'AAA) vigentes* ert *ta date of the* //etamento contract *"Time Charter Party"*.

¡ será escuchado see someter una ombramiento del : 3 árbitros para o con uno de los de los 28 días

*calenáaifio de* cficho *auiso. If the* other party does not agree with one of *the* three arbitrators as *the sole arbitrator within the* specified *28* days, at the request of either party, the London International Arbitrators Association (LIAA) *shall appoint the* sole arbitrator, *who* shall be a full member of the Association, provided that such *member is one of the arbitrators* requested by the **party wishing** to refer a *dispute to arbitration in its request for the appointment of* a sole arbitrator.

A/ *award seró* 4e   nikuo y ufncu/onte.

*The sole arbitrator shall decide disputes between the parties in accordance* with the *laws or rules of law chosen by the parties as* licnbfe *to the* merits *of their dispute.*

*The parties shall pay the fees of the sole arbitrator in equal shares. AiTtÓONpaTteH IOmbiÉn pagorÓy, in   parties iQuOleH,ION* administrative costs *incurred in the arbitration*. However, *the sole arbitrator* may, *at* his or her discretion, *order the losing party to pay all fees. letters g resliWir the* costs *that the* arbitration proceedings *may require, as deemed* appropriate.

2  B* R COP9T UCION*M LB L T **NORM*T** * 9UR  8RVR DE **PURDAMBRTOPARARLAAÁLI8IBDRLASOLíCITUD:**

2•1.   Articles        190 -first paragraph-,    225,  237, 813, and 015 of the Constitution of the Republic of Ecuador stipulate the following:

*"Art. 90.- Arbitration is recognized.   fnediocibn g other pronouncements* oítemntivas *para ta solución de* convictos. Sstos *pm›cedimientos se* aplicarán con sujeción a la ley, en materias en las que por su naturaleza se pueda transigir (...)"

"Art. 225.-  El sector público comprende:

Av. Amazonas N39-123 y Arizaga, Edif. Amazonas Plaza ● Quito, Ecuador ● PBX: (593 2) - 294 1300
www.pge.gob.ec



EMCIPLO EP
01549-2018

J. *The bodies and entities created* by *the* Constitution or by *law to* exercise *state* powers*, to provide public services or* to perform economic activities undertaken by *the* State.

'*An, S37.- Correspondence    to the Attorney General or Solicitor General of* State, \*•in addition *to other* functions *determined by law.'*

CO

2

"*Art. 3!3.- The State reserves the* right *to administer, regulate, control, and manage strategic **sectors**, in accordance with the principles of environmental* sustainability*,* precaution, integration, and efficiency.

*The following* sectors are considered *strategic: energy in* all its *forms,* telecommunications, non-renewable natural resources, *transportation,* fuel *refining*, *biodiversity*, and genetic heritage. *The radio spectrum, water, and other factors that determine the law.*

•*Article* 5.5.- *The* State shall establish public *companies for the management of strategic* sectors*, the provision of public services, the sustainable* exploitation *of* natural *resources* or *public goods, and the development of other economic activities.*

*Public enterprises* shall be *subject to* regulation *and specific control* by the relevant bodies, in accordance with the *law;* They shall function as public service companies, with legal personality, autonomy, economic and administrative independence, and with the *aim of achieving the highest standards* of *quality and corporate,* economic, *social, and environmental criteria.*

**2.2.**  Article 4, paragraph one, of the Organic Law on Public Enterprises condemns:

•*Art. 4.- Public companies* are *entities that belong to the State in the terms* established by the Constitution *of the Republic, persons governed by* public *law, with public* patrimony*, endowed with budgetary, financial,* economic, *administrative, and* management *autonomy.* They are intended *for strategic* matters*, the* provision of public services, *the sustainable* use *of natural resources* and *public* goods, and *the general* fulfillment *of economic* functions that *correspond* to *the State. /.../".*

**2.3.**  Executive Decree No. 1117 of March 2, TO 12, published in Official Register No. 681 on April 12 of the same year, reinforced by Executive Decree No. 38 of July 1, TO13, published in Official Register No. 44 on the 25th of the same month and year, provides in Articles 1 and 2 as follows:

**ATTORNEY  GENERAL'S  OFFICE**

FCu  nwR



02522

EMCIPLO EP
01549-2018

*"Art.    .- Create the Pifiblico Oil Fleet* atoriano   -IP **FLOPEC.,** *with* headquarters in *the city* **of Ssmeraldas, province of Esmeialdae, with the possibility of** establishing subsidiaries, *affiliates, agencies, and business* units throughout *the country.*

*Art. 5.- The corporate purpose of the company PP bliea Flota Petrolera Ecuatoriana -PP FLOPEC- understands. The transposition of* hydrocarbons *by* **land** *or sea,* **including 105** *national and international effects,* **the provision** *of* commercial, maritime, *and river transport* services *for hydrocarbons and* their derivatives, and other *related* activities.

*In order* to fulfill its *purpose, the Public Company* 6fota *Petrolera ficuatoriarta -J2P FLOPRC- may enter into all civil, commercial, labor, and* any other *types of agreements and contracts* permitted by *Ecuadorian* **law** that *are directly or* indirectly *related to its* purpose.

**2.4.** Article 4, paragraph one, and General Provision Five of the Organic Code of Planning and Public Finance provide:

*"Art. 4.- Scope. -* entities, institutions, and agencies *referred* to *in Articles 225, 297, and* KJ S *of the* Constitution *of the Republic* shall be subject to *this* code /.../"

*"QUINTA. - Autorización P* evia. - *Previa autorización p*
*General del Estado, podrá* aceptarse otra jurisdicción y
*la solución de divergen* las o controversias relativ
*celebrados por el Estado y* las entidades y organismos d
*con aobiernos. entidades p* blicas o privadas extranjeras.

**2.5.** Article 11 of the Organic Law of the Attorney General's Office provides:

*"Art. l l. -* Arbitration and mediation. - *Public sector* bodies and *entities may submit to arbitration* or mediation procedures, *in* accordance with the provisions of *the Arbitration and Mediation Act, or* international instruments *that* the
/ncufte, *subject to the* signing of the respective agreement. t...J'

**2.6.** Articles 4, 41, and 42 of the Arbitration and Mediation Act mandate:

'*Art. 4.- Natural persons*
 *, or legal persons who* have *capacity* j;<t *fío hans"ipir,* **understanding** *the requirements established therein.*

*In order* for *the* various *entities that* are part of the public sector to submit to arbitration, *in addition to* complying *with the requirements established in this Law, they must also comply with* the following requirements:

Av. Amazonas N39-123 y Arizaga, Edif. Amazonas Plaza  •  Quito, Ecuador  •  PBX: (593 2) - 294 1300

www.pge.gob.ec

GENERAL PROSECUTOR'S OFFICE D2SL 2SSTADC ECUADOR  **P** **G** **E**

01549-2018
Página. 6

a)      *Appoint an arbitration panel, with priority given to the emergence of the* dispute; *if* it is decided to sign once the dispute has arisen, *the Attorney General of* the State *must be consulted*, whose opinion *shall be* binding.

b/       *la    The legal relationship to which* the *agreement* refers must be *of a* contractual in *nature;*

En el convenio arbitral deberá incluirse
árbitros; y,
El convenio arbitral, por medio del cu
público renuncia a la jurisdicción ordina
la persona autorizada para contra
institución.

*Failure to comply* with the *above* requirements will result *in the* <u>nullity of the arbitration agreement.</u>
*of the arbitration agreement."*

**Article 41.-** *Without prejudice to the provisions of the internal rules, arbitration may be initiated when the parties* have so agreed, provided that *any of the* following requirements are *met*:

*That the parties, at* the time *of the arbitration agreement,* have their places of business *in different states,*°

b)      *The place* of jurisdiction for one *of the parties to* substantially *fulfill their obligations* or *the place where the* subject *matter of the dispute has* a *connection* is *located outside the state in which* one *of the parties has its* domicile; or,

e.g.   When the subject matter of the dispute relates to one or more commercial transactions *that are susceptible to settlement and that affect or harm national or community interests.*

*"Art. 4'2.-* International *arbitration shall be* governed by treaties, conventions, protocols, and other acts under international law, *authorized and ratified by Ecuador.*

*Any person or public or private juridic      , without restriction, may enter into arbitration directly or by reference to arbitration rules governing* the *arbitration* procedure, including *the* constitution, composition, *and language, the applicable legislation, the* jurisdiction *and the seat of* the Tribunal, *which may be in Ecuador or in a foreign country.*

Pure *that the* Estodo or the *institutions* of *the* public *sector may submit to* internal arbitration *if they comply* with *the provisions* of *the Constitution and laws of the Republic.*

nforman el sector público puedan
requerirá la autorización expresa
ión respectiva, previo el informe
Estado, salvo que el arbitraje
iacionales vigentes.

Av. Amazonas N39-123 y Arízaga, Edif. Amazonas Plaza ● Quito, Ecuador ● PBX: (593 2) - 294 1300
www.pge.gob.ec

**ATTORNEY GENERAL OF THE STATE**
FÍCUA DCi R



EMCIPLO EP
01549-2018

C2522   Página. 7

*The* funds *dictated* dentm *of* a prc'cedimiento of international *arbitration, shall have the* same *effect and* shall be enforced in the same manner

/form that funds are invested in the arbitration proceedings. °

## NATURALEZA:

In accordance with the provisions of Articles 225 and 315 of the Constitution of the Republic, in accordance with Article 4 of the Organic Law on Public Companies and Executive Decree No. 117, the ECUADORIAN PUBLIC OIL FLEET COMPANY (EP FLOTAL ECUADORA) is a legal entity.

public law, as it must comply with the public policy provisions set forth in the preceding paragraph. Accordingly, it requires the prior authorization of the Attorney General of the State to agree to international arbitration and submit to foreign legislation for the resolution of disputes relating to contracts entered into with foreign public or private entities.

## 4. ANÁLISIS:

From the review of the text agreed upon by the parties, the following can be inferred from clause 41, "ARBITRATION CLAUSE."

- The contract shall be governed by and construed in accordance with the laws of England.
- Any dispute arising out of or in connection with this contract shall be referred to arbitration in London in accordance with the Arbitration Act 1996 or any statutory modification or re-enactment thereof, except to the extent necessary to give effect to the provisions of the key provisions.
- Arbitration shall be conducted in accordance with the terms of the London Maritime Arbitrators Association (LMAA) in force on the date of the charter agreement.
- The arbitration shall be decided by a sole arbitrator.
- A party wishing to submit a dispute to arbitration shall send its notice of appointment of the sole arbitrator and provide the names of at least three arbitrators to allow the other party to confirm that it agrees with one of the arbitrators mentioned.
- The party receiving the notice shall have 8 calendar days to confirm one of the arbitrators as sole arbitrator.
  If the other party does not confirm its agreement with one of the three arbitrators as the sole arbitrator within the specified 28 days, at the request of either party, the London Maritime Arbitrators Association (LMAA) will appoint a sole arbitrator from among the three names submitted.
- The award shall be final and binding.
- The arbitrator shall decide the parties' disputes in accordance with the laws or rules of law chosen by the parties as applicable to the merits of their dispute.
- The parties shall pay, in equal shares, the fees of the sole arbitrator.

**ATTORNEY GENERAL'S OFFICE**
ESP U \ Df3R

**P G E**

01549-2018

- Both parties shall also pay, in equal shares, the administrative costs incurred in the arbitration.
  , however, the sole arbitrator may, at his or her discretion, order the losing parties to pay the fees, costs, and expenses that the arbitration proceedings may require, as deemed appropriate.

## 5.- RECOMENDACÍON:

In the fourth paragraph of clause 4l of the charter agreement, it states that "The award shall be *final* and binding," so it is recommended that this be changed to the following: "The award shall be final and binding, except for purposes of annulment and enforcement."

The legal effect of the aforementioned recommendation is not a condition that prevents EMPREiSA PUBLICA FLOTA PETROLERA EC UATORIANA -
EP FLO PVC- may enter into the charter agreement with MJOLNER AFRAMAK POOL CO LLC, under the terms set forth in the document attached to your request for authorization. The recommendation is the result of a technical analysis that is not binding and is issued in accordance with the advisory powers provided for in Article 237 of the Constitution of the Federal Republic.

## 6.-

## NPORMB:

In accordance with the above analysis, based on the provisions of Article 19D, paragraph one, of the Constitution of the Republic, Article 11 of the Organic Law of the Attorney General's Office, Articles 4 and 42 of the Arbitration and Mediation Law, and the Fifth General Provision of the Organic Code of Planning and Public Finance, the PUBLIC COMPANY ECUADORIAN OIL COMPANY -EP FLOPKC- is authorized to submit to
Arbitration under foreign law and jurisdiction in the charter party agreement to hire the tanker iSEA FALCON in the modslidod "A TIEM PO' with the company MJOLNER AFRAMAX POOL CO LLC. The companies appearing at the signing of the agreement are domiciled abroad.

This report refers solely and exclusively to the submission to arbitration to foreign legislation and jurisdiction in the event of a dispute or claim arising from or in connection with the charter party for the SEA FAKCON tanker on a "TIME" basis with MJOLNER AFRAMAX POOL CO LLC, which PLOPEC EP will sign with the aforementioned company. Therefore, the operational, economic, and technical conditions, as well as compliance with the legal requirements necessary for the signing of the same, are the sole responsibility of FLOPEC EP.

The Attorney General's Office reserves the right to verify the final wording of clause 4 J "ARBITRATION CLAUSE," which is the subject of this report; to this end, once it has been approved, a copy of the document must be sent to this entity.

STATE ATTORNEY GENERAL'S OFFICE
ECUADOR

02522



EMCIPLO EP
01549.2018
Página. 9

Finally, it is noted that any modification to the clauses covered by this pronouncement or the inclusion of any stipulation that may affect its meaning, application, or scope must be    previously authorized by this Attorney General's Office............

Sincerely, Atentamente,

Dr. Iñigo Salvador Crespo
ATTORNEY GENERAL OF THE  ESTADO

Av. Amazonas N39-123 y Arízaga, Edif. Amazonas Plaza • Quito, Ecuador • PBX: (593 2) - 294 1300
www.pge.gob.ec