UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLOTA PETROLERA ECUATORIANA EP,<br><br>*Plaintiff,*<br><br>v.<br><br>WILLIAM S. SUDHAUS, DAVID W. SUDHAUS, ENRIQUE CADENA-MARIN, JAIME CONDOY-BLACIO, DRAGUN USA LLLP, MJØLNER AFR'AMAX POOL CO LLC, MJØLNER SOLUTIONS CHARTERING LLC, MJØLNER SHIP MANAGEMENT LLC, AMAZONAS CA, LLC, AMAZONAS TANKERS, LLC, CORE TRANSPORT, LLC, AND JOHN AND JANE DOES 1-10,<br><br>*Defendants.* | No. 2:26-cv-00124-GAW |

## ORDER

**AND NOW**, this 27th day of May, 2026, upon consideration of the Motion to Compel Arbitration and Stay Proceedings (Dkt. 31), the Memorandum in Opposition thereto (Dkt. 35), and the Reply Brief in Support (Dkt. 38), the following is hereby **ORDERED**:

1. The Motion to Compel Arbitration and Stay Proceedings is **GRANTED**.

2. All claims raised against any of the Core Defendants in this action are hereby referred to arbitration, to be conducted in accordance with the terms of the applicable Amazonas Tanker Pool Contracts entered into by Plaintiff.

1

3. The above-captioned matter is **STAYED** until the resolution of the pending arbitration proceedings.

4. Plaintiff's Motion for Leave to File a Sur-Reply Brief (Dkt. 39) is **DENIED**.

BY THE COURT:

Gail A. Weilheimer, J.